Fitzgerald & Associates, P.C.
Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
---------------------------------X
                                                **Chapter 13**

In re:

    Autumn Urling,

Debtor

---------------------------------X

## DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION TO EXTEND STAY BEYOND 30 DAYS

I, Autumn Urling, being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this certification at the request of my counsel to detail the facts regarding the dismissal of my last case and in support of my motion to extend the stay beyond 30 days.

2. I had filed a prior Chapter 13 bankruptcy case on May 22, 2024 under case number 24,15193-JKS. That case was dismissed on November 18, 2025 through a motion on shortened notice filed by my prior attorney, Scott J. Goldstein.

3. I own my own mortgage company which is a wholesale lending firm. I was "grandfathered in" such that my mortgage company is intrinsically enmeshed with my home -- if you I were to lose my home, I would lose my mortgage company.

4. My situation is different now becuase my income is going up substantially.

5. Things have changed recently for me because I have worked with someone and I will soon be able to write mortgages for people living in Delaware and in Pennsylvania in addition to New Jersey. Accordingly, my income is expected to go way up.

6. Even without my expected increase in income anticipated due to my future ability to write mortgages for people living in Delaware and in Pennsylvania, I expect to make a substantial amount of money through my mortgage company from New Jersey mortgages. My minimum commission is 2% of the loan amount -- and if it is a commercial loan, my commissions are higher than 2%. Starting immediately, I expect to be writing at least 2 million dollars per month in mortgages which would give me a commission of $40,000 per month a the rate of 2%.

7. I have been informed by Nicholas Fitzgerald that due to the fact that I have had so many previous bankruptcy filings, that this will likely be my last chance to save my home through bankruptcy.

8. My proposed payment plan calls for me to pay the Chapter 13 bankruptcy trustee **$31,589.00** per month for 60 months.

9. Since my Chapter 13 bankruptcy case will be filed in December 2025, right before the sheriff's sale of my home, I have been informed by Nicholas Fitzgerald that if I do not pay the trustee $31,589.00 on or before January 1, 2026, that my case will likely be dismissed.

10. I have assured my present counsel, Nicholas Fitzgerald,

that I will have sufficient income to pay the bankruptcy trustee $31,589.00 per month starting with the payment due on January 1, 2026. As a condition of his representation I have acknowledged that if I do not pay the Chapter 13 bankruptcy trustee $31,589.00 on or before January 1, 2026, that my bankruptcy case is subject to being dismissed. I further understand that even if I do pay the trustee $31,589.00 on or before January 1, 2026, that each month thereafter I must continue to pay the Chapter 13 trustee $31,589.00.

11. I would like to point out that I am proposing to pay my unsecured creditor body 100 cents on the dollar.

12. The payment plan which I am proposing differs from my prior plan as this time not only will I propose to pay my unsecured creditor body 100 cents on the dollar, but I am proposing to pay the full amount owed on the foreclosure judgment on my home, plus interest, over the 60 months of my plan.

13. Accordingly, since I have agreed to pay the Chapter 13 trustee $31,589.00 on or before January 1, 2026, and further since I have agreed that each month after January 1, 2026 I will pay the trustee $31,589.00, I respectfully request that my motion to extend the stay beyond 30 days be granted to provide me with what likely will be my last opportunity to save my home through bankruptcy.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _NOV. 26, 2025_

_____
Autumn Urling
Debtor